Brandon A. Rotbart, Esq., Of Counsel,
*pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone (305) 891-5199
Facsimile  (305) 893-9505
rotbart@rotbartlaw.com

Robert P. Spretnak, Esq. (NV Bar No. 5135)
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123-2545
Telephone (702) 454-4900
Facsimile  (702) 938-1055
Bob@Spretnak.com

*Attorneys for Plaintiff John Meggs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually, | ) |
| Plaintiff, | ) Case No. 2:21-CV-01501-JCM-BNW |
| vs. | ) **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| NORTH AMERICA 888 REAL ESTATE INVESTMENT LLP, a Nevada Limited Liability Partnership, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement. The effectiveness of this stipulation of dismissal is conditioned

//

upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

Respectfully Submitted,

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| /s/Brandon A. Rotbart<br>Brandon A. Rotbart, Esq., Of Counsel<br>FL Bar No. 124771<br>Fuller, Fuller & Associates, P.A.<br>12000 Biscayne Blvd., Suite 502<br>Miami, FL 33181<br>Telephone: (305) 891-5199<br>Facsimile:  (305) 893-9505<br>rotbart@rotbartlaw.com<br><br>Robert P. Spretnak, Esq. (NV Bar No. 5135)<br>Bob@Spretnak.com<br>Law Offices of Robert P. Spretnak<br>8275 S. Eastern Ave., Suite 200<br>Las Vegas, NV 89123-2545<br>Telephone: (702) 454-4900<br>Facsimile:  (702) 938-1055<br><br>Dated: November 28, 2022 | /s/Marcus Lee<br>Marcus Lee, Esq. (NV 15769)<br>Marcus.Lee@lewisbrisbois.com<br>Lewis Brisbois Bisgaard & Smith LLP<br>45 Freemont St., Suite 3000<br>San Francisco, CA 94105<br>Telephone: (702) 693-4371<br>Facsimile:  (702) 893-3789<br><br>Dated: November 28, 2022 |

**IT IS SO ORDERED.**

_____
U.S. DISTRICT JUDGE

Dated: December 2, 2022

Joint Stipulation of Dismissal with Prejudice